UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CLOVIS JOHNSON | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. 14-cv-13039-IT |
| v. | * | |
| | * | |
| JAMAICA GOVERNMENT et al., | * | |
| | * | |
| Defendants. | * | |

ORDER

November 19, 2014

TALWANI, D.J.

On July 14, 2014, Plaintiff Johnson filed a complaint and motion for leave to proceed in forma pauperis and without prepayment of fees. [#1, 2]. On August 1, 2014, the court issued a memorandum and order denying Plaintiff's motion without prejudice and ordering Plaintiff to show cause why this action should not be dismissed for lack of subject matter jurisdiction for the reasons set forth therein. [#5]. In light of Plaintiff's failure to respond to this order, the complaint is hereby dismissed for lack of prosecution.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge